UNITED STATES of America,
Plaintiff—Appellee,

v.

**Brian O'Neal WADDELL, Defendant—Appellant.**

No. 08–7096.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 21, 2009.

Decided: May 26, 2009.

Claire J. Rauscher, Executive Director, Tanzania Cannon–Eckerle, Federal Defenders of Western North Carolina, Inc., Charlotte, North Carolina, Matthew R. Segal, Federal Defenders of Western North Carolina, Inc., Asheville, North Carolina, for Appellant. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian O'Neal Waddell appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Waddell,* No. 5:02–cr–00034–RLV–5 (W.D.N.C. June 17, 2008). *See United States v. Hood,* 556 F.3d 226 (4th Cir.2009). We deny Waddell's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*